UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR CRAWFORD, JR.,<br><br>           Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF CORRECTION FOR THE CITY OF BELLINGHAM, et al.,<br><br>           Defendants. | Case No. 2:18-cv-00339-RAJ<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Arthur Crawford, Jr., proceeding *pro se*, filed a complaint and application to proceed *in forma pauperis* ("IFP"). Dkt. 1. By letter dated March 6, 2018, the Clerk notified plaintiff that his IFP application was deficient as the proper IFP form was not submitted, he failed to include a civil cover sheet, pages three and five of his complaint are not clear enough to be read, and the complaint and IFP list two different addresses. Dkt. 2. Plaintiff was provided a correct IFP form and asked to complete and sign the form and return it to the court; to provide a completed Civil Cover Sheet; resubmit a legible Complaint; and indicate his correct mailing address. He was given a deadline of April 5, 2018 to satisfy these deficiencies. *Id.*

The Clerk's letter notifying Plaintiff of these deficiencies was sent to both addresses provided by Plaintiff. The letter sent to the address listed on Plaintiff's complaint was returned as undeliverable ("no such number, unable to forward") on March 19, 2018. Dkt. 4. The letter sent

REPORT AND RECOMMENDATION - 1

to the address listed on Plaintiff's IFP application was not returned and was presumably received by Plaintiff. Plaintiff has not responded to the Clerk's letter to cure the deficiencies in his IFP application or complaint.

Accordingly, the Court recommends the plaintiff's IFP application be denied and that he be directed to pay the $400.00 filing fee and it he fails to do so, that his case be dismissed.

A proposed order accompanies this Report and Recommendation.  Objections, if any, to this Report and Recommendation must be filed and served no later than **April 30, 2018.**  If no objections are filed, the matter will be ready for the Court's consideration on **May 2, 2018**.  Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to appeal.  The Clerk shall send a copy of this Order to plaintiff.

DATED this 10th day of April, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2